1  ANGELA L. PADILLA (CA SBN 154863)
   APadilla@mofo.com
2  DAVID E. MELAUGH (CA SBN 219477)
   DMelaugh@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  Attorneys for Defendant
   RICHARDSON M. ROBERTS
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12  FINANCIAL TECHNOLOGY MANAGEMENT,        Case No.   3:06-CV-00350 (SC)
    LLC, a Citizen of Delaware and California;
13  FINANCIAL TECHNOLOGY MANAGEMENT
    II, LLC, a Citizen of Delaware and California;   **STIPULATION EXTENDING**
14  FINANCIAL TECHNOLOGY VENTURES (Q),               **DEFENDANT'S DEADLINE TO**
    L.P., a Citizen of Delaware and California;      **RESPOND TO AMENDED**
15  FINANCIAL TECHNOLOGY VENTURES II                 **COMPLAINT**
    (Q), L.P., a Citizen of Delaware and California,
16
                    Plaintiffs,                       ORDER
17
        v.
18
    RICHARDSON M. ROBERTS, a Citizen of
19  Tennessee,

20                  Defendant.

21

22     IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs Financial Technology

23  Management, LLC; Financial Technology Management II, LLC; Financial Technology

24  Ventures (Q), L.P.; Financial Technology Ventures II (Q), L.P. (together "Plaintiffs"); and

25  Defendant Richardson M. Roberts that, for purposes of Federal Rule of Civil Procedure 15(a),

26  Plaintiffs' First Amended Complaint shall be deemed served March 8, 2006, and that all related

27  responsive deadlines shall begin to count as of that date.

28

STIPULATION EXTENDING RESPONSE DEADLINE
Case No. 3:06-CV-00350 (SC)                                                              1
sf-2083048

The filing of this Stipulation constitutes a special appearance and does not waive or otherwise compromise the ability of Defendant Richardson M. Roberts to raise any jurisdictional challenges relating to the Amended Complaint.

Dated: February 17, 2006

ANGELA L. PADILLA
DAVID E. MELAUGH
MORRISON & FOERSTER LLP

By: /s/ Angela L. Padilla
    Angela L. Padilla

Attorneys for Defendant
RICHARDSON M. ROBERTS

Dated: February 17, 2006

JAMES SHANNON
CHRISTOPHER KEEGAN
RYAN M. CHRISTIAN
KIRKLAND & ELLIS LLP

By: Ryan M. Christian by S. Mort
    Ryan M. Christian

Attorneys for Plaintiffs
FINANCIAL TECHNOLOGY MANAGEMENT, LLC; FINANCIAL TECHNOLOGY MANAGEMENT II, LLC; FINANCIAL TECHNOLOGY VENTURES (Q), L.P.; FINANCIAL TECHNOLOGY VENTURES II (Q), L.P.

IT IS SO ORDERED
Judge Samuel Conti
2/21/06
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA