1  James Shannon (SBN 232039)
   Ryan M. Christian (SBN 239660)
2  **KIRKLAND & ELLIS LLP**
   555 California Street
3  San Francisco, California 94104-1501
   Telephone:    (415) 439-1400
4  Facsimile:    (415) 439-1500
   Email:        rchristian@kirkland.com
5

6  Attorneys for Plaintiffs
   FINANCIAL TECHNOLOGY MANAGEMENT, LLC, et al.
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| FINANCIAL TECHNOLOGY MANAGEMENT, LLC, A CITIZEN OF DELAWARE AND CALIFORNIA; FINANCIAL TECHNOLOGY MANAGEMENT II, LLC, A CITIZEN OF DELAWARE AND CALIFORNIA; FINANCIAL TECHNOLOGY VENTURES (Q), L.P., A CITIZEN OF DELAWARE AND CALIFORNIA; FINANCIAL TECHNOLOGY VENTURES II (Q), L.P., A CITIZEN OF DELAWARE AND CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARDSON M. ROBERTS, A CITIZEN OF TENNESSEE,<br><br>Defendant. | Case No. 3:06-cv-00350<br>Judge Conti<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs hereby voluntarily dismiss this suit against Defendant Richardson M. Roberts. This dismissal is without prejudice and has been filed before service by Defendant Richardson M. Roberts of an answer or of a motion for summary judgment.

1  Dated:   April 7, 2006.                Respectfully submitted,

2                                         **KIRKLAND & ELLIS LLP**

3

4

5  By: _____

6  James Shannon (SBN 232039)
   Ryan M. Christian (SBN 239660)
7  **KIRKLAND & ELLIS LLP**
   555 California Street
8  San Francisco, California  94104-1501
   Telephone:    (415) 439-1400
9  Facsimile:    (415) 439-1500
   Email:        rchristian@kirkland.com
10
   Attorneys for Plaintiffs
11 FINANCIAL TECHNOLOGY MANAGEMENT, LLC, et al.



IT IS SO ORDERED
Judge Samuel Conti

Notice of Voluntary Dismissal                    -2-                    Case No. 3:06-cv-00350-SC

`Case 3:06-cv-00350-SC   Document 12   Filed 04/10/06   Page 3 of 4`

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to this action. My business address is Kirkland & Ellis LLP, 555 California Street, San Francisco, California 94104. On April 7, 2006, I served the following document(s), described as:

1. NOTICE OF VOLUNTARY DISMISSAL; and

2. PROOF OF SERVICE

on the following counsel of record and/or interested party(ies) in this action, as follows:

| | |
|---|---|
| Richard L. Robbins<br>Sutherland, Asbill & Brennan LLP<br>999 Peachtree Street, N.E.<br>Atlanta, GA 30309-3996<br>Phone: 404-853-8000 | John M. Gillum,<br>Brett A. Oeser<br>Manier & Herod<br>One Nashville Place, Suite 2200<br>150 Fourth Avenue North<br>Nashville, TN 37219<br>Phone: 615-244-0030 |

Angela L. Padilla
Morrison Foerster
425 Market Street
San Francisco, CA 94105-2482

[x] **(BY MAIL)** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

[ ] **(BY OVERNIGHT MAIL)** By causing the document(s) listed above to be delivered to the addressee(s) set forth below on the following business morning by Federal Express Corporation or Express Mail.

[ ] **(BY HAND)** I cause these documents to be personally served in such envelope by hand to the person at the address set forth below:

[ ] **(BY FAX)** By transmitting via facsimile, the document(s) listed above to the fax number set forth above on this date before 5:00 p.m. I am aware that service is presumed invalid unless the transmission machine properly issues a transmission report stating the transmission is complete and without error.

1  I declare that I am employed in the office of a member of the bar of this court at whose
2  direction the service was made.
3  Executed on April 7, 2006, at San Francisco, California.

_____
Sharon E. Mortz